**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

**GAIL L. BANCROFT, Individually and as Next Friend
of her minor daughters, REBECCA HUGHES, FAITH HUGHES
AND EMILY HUGHES, and G. WARREN BANCROFT,**

      Plaintiffs,

v.

**HARRIS TRANSPORTATION COMPANY, LLC,**

      Defendant.

**COMPLAINT AND JURY DEMAND**

**COME NOW,** the Plaintiffs above-named, by and through their attorney, George J. Nichols III, and for a Complaint against the Defendant, above-named, states and alleges as follows:

### I.  PARTIES

1. At all times material hereto, Gail L. Bancroft, and her three minor daughters, Rebecca, Faith, and Emily Hughes, and G. Warren Bancroft, hereinafter referred to as "Plaintiffs" were and continue to be residents of Weld County, Colorado, residing at 3722 Mountain View Drive, Evans, CO 80620.

2. Defendant Harris Transportation Company, LLC, is a limited liability corporation, in good standing in the State of Oregon, with a principal street address of 3077 NW St. Helens Road, Portland, Oregon.

3. At all times pertinent hereto, Kenneth J. Boggs was an agent, representative, and/or employee of the Defendant, Harris Transportation Company, LLC, acting within the course and scope of his employment with said Defendant and any acts or omissions of said employee are imputed to the Defendant through the doctrine of respondeat superior.

### II. JURISDICTION

4. That this Court has jurisdiction over this matter as follows:

      A.      Pursuant to 28 USC 1332(a)(1), there exists complete diversity of citizenship by and between the Plaintiffs and this Defendant as set forth above; and

      B.      That the controversy by and between these parties exceeds the amount of $75,000.

### III. VENUE

5.     Pursuant to 28 US 1391(a)(2) venue is proper in the State of Colorado, County of Weld where the motor vehicle accident occurred.

### IV. FIRST CLAIM FOR RELIEF
### (Negligence)
### GAIL L. BANCROFT, REBECCA HUGHES, FAITH HUGHES AND EMILY HUGHES

6.     That on or about April 9, 2009, at the approximate location of US Highway 85 at the intersection of Weld County Road 18 in Weld County, State of Colorado, Kenneth J. Boggs, acting within the course and scope of his employment with the Defendant, negligently operated a semi-tractor and trailer in a careless and negligent manner causing a collision with the vehicle operated by the Plaintiff, Gail L. Bancroft.

7.     The collision by and between the vehicles was the direct and proximate result of the negligent operation of the vehicle by Kenneth J. Boggs.

8.     That as a direct and proximate result of the negligence of Kenneth J. Boggs, for which the Defendant, Harris Transportation Company, LLC, is legally liable, the Plaintiffs, Gail L. Bancroft, her daughters Rebecca Hughes, Faith Hughes and Emily Hughes, suffered serious and debilitating injuries.

9.     These Plaintiffs have suffered serious and debilitating physical and psychological injuries and have in the past and will in the future require the services of medical care professionals for treatment of their injuries.

10.     The Plaintiffs, Gail L. Bancroft, Rebecca Hughes and Faith Hughes, have all suffered physical impairment and disfigurement in varying degrees for which they seek a separate award for damages.

11.     That the Plaintiff, Gail L. Bancroft, as a direct and proximate result of her physical and psychological injuries, has incurred a continuous loss of earnings since the date of the accident, and has suffered a permanent loss of earnings and earning capacity as a result of her injuries.

12. These Plaintiffs, have suffered physical and psychological pain and suffering, anxiety, a loss of enjoyment of life and will in the future suffer these same afflictions.

**WHEREFORE,** the Plaintiffs shall pray for relief at the conclusion of this Complaint.

### V.  SECOND CLAIM FOR RELIEF
### (Loss of Consortium)
### G. WARREN BANCROFT

13. That all of the afore-stated allegations are incorporated herein as set forth verbatim.

14. The Plaintiff, G. Warren Bancroft, suffered a loss of consortium for the permanent debilitating injuries to his spouse, Gail L. Bancroft.

15. Said loss of consortium was a direct and proximate result of the negligence of Kenneth Boggs, who was acting within the course and scope of his employment with the Defendant, Harris Transportation Company, LLC.

16. That G. Warren Bancroft asserts a claim for loss of his right of consortium in the form of a loss of affection, society, companionship and aid and comfort, resulting from the permanent disability of his spouse, Gail L. Bancroft.

### VI.  PLAINTIFFS PRAYER FOR RELIEF
### (All Claims)

**WHEREFORE,** Plaintiffs herein respect an entry of judgment in their favor and against the Defendant as follows:

### GAIL L. BANCROFT, REBECCA HUGHES, FAITH HUGHES,
### AND EMILY HUGHES

A. Any and all past and future medical expenses incurred for the reasonable and necessary treatment for their injuries; and

B. Compensation for the Plaintiffs, Gail L. Bancroft, Rebecca and Faith Hughes for their physical impairment and disfigurement suffered from a result of this accident; and

C. Compensation to Gail L. Bancroft for her continuous loss of wages since the date of the accident, and for her future loss of wages and earning capacity incurred as a result of her permanent disability; and

D. Compensation to these Plaintiffs for their physical and psychological pain and suffering, anxiety, loss of enjoyment of life.

### G. WARREN BANCROFT

E. Compensation for G. Warren Bancroft for both economic and non-economic loss of consortium of his spouse, Gail L. Bancroft, for the loss and affection, society, companionship and aid and comfort, and all economic and non-economic losses resulting therefrom; and

F. That all of these Plaintiffs be allowed their costs incurred in this action including expert witness fees, interest from the date of the accident, and for such other and further relief that this court may deem just or proper.

### VII. PLAINTIFF DEMANDS THAT ALL ISSUES OF FACT BE TRIED TO JURY OF SIX (6) PERSONS

Dated this 4th day of April, 2012.

Respectfully submitted:

*s/George J. Nichols III*
George J. Nichols III
GEORGE J. NICHOLS III, P.C.
4465 Kipling Street
Wheat Ridge, CO  80033
Phone:  303-425-4446
Facsimile:  720-328-1089
Email: gjnichols3@msn
Attorney for Plaintiffs

Plaintiffs Gail L. Bancroft and G. Warren Bancroft

3722 Mountain View Drive
Evans, CO 80620