IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-CV-00864 RPM

GAIL L. BANCROFT, individually and a next friend
of her minor daughters, REBECCA HUGHES,
FAITH HUGHES and EMILY HUGHES,
and G. WARREN BANCROFT,

      Plaintiffs,

v.

HARRIS TRANSPORTATION COMPANY, LLC

      Defendant.
_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

The Court, having reviewed the Stipulation to Dismiss with Prejudice signed by all parties, hereby Orders that the within action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

So Ordered this 30th day of August, 2012.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge